# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENNY LEE HODGE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 08-403 (RJL) |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this _14_ day of February, 2011, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment [#15] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Cross-Motion for Partial Summary Judgment [#18] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendants on all counts in the Complaint.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge